1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  02:08-MJ-00307 CKD

12                 Plaintiff,             ORDER DISMISSING COMPLAINT AGAINST
                                          AMANDEEP SIGNH DHAMI
13              v.

14  AMANDEEP SINGH DHAMI,

15                 Defendant.

16

17

18     The United States' motion to dismiss without prejudice the underlying UFAP complaint and

19  recall the arrest warrant in the above referenced case, 08-MJ-00307 CKD against defendant

20  AMANDEEP SINGH DHAMI is GRANTED.

21  Dated:  April 23, 2014

22                                         _____
                                           KENDALL J. NEWMAN
23                                         UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

                                        1